CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

Bruce P. Grego (SBN: 95215)
Attorney at Law
2262 Barton Ave.
South Lake Tahoe, CA 96150
Telephone: (530) 544-7575
Facsimile: (530) 544-7587
Email: brucegrego@att.net

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br> Plaintiff, <br> v. <br> **Karim Mehrabi;** **Stars Holding Co. LLC**, a California Limited Liability Company; and Does 1-10, <br> Defendants | Case No. 2:19-CV-1147-WBS-CKD <br><br> **Joint Status Report (Rule 26) for Scheduling Conference** <br><br> Date:   October 15, 2019 <br> Time:   1:30 p.m. <br> Crtrm:  5 <br><br> Honorable Judge William B. Shubb |

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the Order Re: Status (Pretrial Scheduling) Conference filed June 21, 2019, the parties hereby submit the following Joint Report.

1

a)   **Brief Summary of Claims**

<u>Plaintiff</u>: Rafael Arroyo, Jr. is a paraplegic who cannot walk and who uses a wheelchair for mobility. Defendant Karim Mehrabi owns the real property located at or about 4507 Howard Rd., Westley, California. Defendant Stars Holding Co. LLC owns the 76 ("Gas Station") located at or about 4507 Howard Rd., Westley, California.

There were no accessible parking spaces marked and reserved for persons with disabilities in the parking lot at the Gas Station on the day of plaintiff's visit. Plaintiff alleges that there used to be an accessible parking space in the parking lot, however, the defendants have allowed the parking space to fade or get paved over. Even though the plaintiff did not personally confront the barriers, the restroom mirror is mounted on the wall so that its bottom edge is more than 40 inches above the finish floor. In fact, the restroom mirror is about 55 inches high. The restroom sink does not provide any knee clearance for wheelchair users.

The defendant's failure to provide for an accessible parking space and restroom facilities at the Gas Station is discriminatory against the plaintiff; and therefore, violates the plaintiff's rights under the American with Disabilities Act and the Unruh Civil Rights Act.  Plaintiff seeks injunctive relief and the statutory minimum damage award under the Unruh Civil Rights Act.

<u>Defendants</u>: Defendants have denied the allegations of the ADA violations and objects to Plaintiff's characterization of the summary of the claims. Defendant will supplement with its versions at a later date following discovery.

//

**b)  Status of Service**

The Complaint has been duly served on Defendant Karim Mehrabi on or about February 14, 2019 and on Defendant Stars Holding Co. LLC on or about March 27, 2019.

**c)  Possible Joinder of Additional Parties**

<u>Plaintiff</u>: does not anticipate joining of any additional parties.

<u>Defendants</u>:  does not anticipate joining of any additional parties.

**d)  Contemplated Amendments to Pleadings**

<u>Plaintiff</u>: Plaintiff intends to conduct an expert led site inspection to identify each barrier that would affect his type of disability and, then, amend the complaint to ensure that the ADA claim reflects his intention to have all unlawful barrier removed or remediated. This is the two-step process permitted and required by *Doran v. 7-Eleven Inc.*, (9th Cir. 2008) 524 F.3d 1034 and *Chapman v. Pier 1 Imports (US) Inc.*, 631 F.3d 939 (9th Cir. 2011).

<u>Defendants</u>: Amendments are anticipated based upon discovery.

**e)  Statutory Basis for Jurisdiction and Venue**

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and § 1343(a)(3) & (a)(4) for violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, et seq.

This court has supplemental jurisdiction over the claims brought under the Unruh Act pursuant to 28 U.S.C. § 1367(a) as the claims arise from the same incident.

Venue is proper in this court pursuant to 28 U.S.C. § 1391(b) as the real property which is the subject of this action is located in this district and that Plaintiff's cause of action arose in this district.

**f)   Discovery and Scheduling (Rule 26 Plan)**

1. Discloses

The Parties do not seek any changes to the timing, form or requirements for initial disclosures. The parties have exchanged initial disclosures.

2. Discovery Subjects

Plaintiff intends to seek discovery related to: (1) the ownership and operation of the business; (2) lack of accessible parking space and restroom facilities at the Gas Station; (3) changes or modifications to the property; (4) the feasibility of providing access to persons with disabilities. Plaintiff has propounded Interrogatories, Requests for Admission and Requests for Production of Documents; plaintiff intends to take the deposition of the Defendant and to conduct an expert site inspection.

Defendants:  intend to take deposition of Plaintiff and to propound discovery regarding the alleged ADA violations and the subject matter of the complaint.

The parties do not propose to conduct discovery in phases. The parties consent to receive by e-mail all discovery responses that are capable to be received via electronic means. The parties propose a discovery cut-off date of August 10, 2020.

3. Changes or Limitations

Plaintiff: requests that rule FRCP 33(a)(1) limits be increased to 45 for all parties. Plaintiff otherwise requests no deviation from the Federal and Local Rules.

Defendants: Agree.

4. <u>Other Orders</u>

The parties do not propose that the Court issue any other orders under Rules 16(b), 16(c) or 26(c) of the Federal Rules of Civil Procedure.

**g)   Discovery Cut-Off Dates**

<u>Plaintiff</u>: proposes a final discovery completion date for non-expert discovery of July 20, 2020. Plaintiff proposes that experts be designated per FRCP Rule 26 (a)(2) by July 27, 2020, and expert witness depositions be completed by August 10, 2020.

<u>Defendants</u>: Agree.

**h)   Motion Cut-Off Dates**

<u>Plaintiff</u>: proposes that all motions shall be filed and heard by September 7, 2020.

<u>Defendants</u>: Agree.

**i)   Modification to Standard Pretrial Procedures**

The parties do not propose any modifications to the standard pretrial procedures.

**j)   Trial**

<u>Plaintiff</u>: has requested a bench trial and anticipates a 2-3 day trial.

<u>Defendant</u>: Defendants agree that this matter should be adjudicated by bench trial and agrees to a 2-3 trial estimate.

The parties propose a Trial date of November 3, 2020.

//

**k)  Related Cases**

The parties are unaware of any related cases.

**l)  Other Matters**

None

**m)  Statement of a Nongovernmental Corporate Party**

<u>Plaintiff</u>: Not applicable as Plaintiff is an individual.

<u>Defendant</u>:  Agree.

Dated: October 1, 2019                CENTER FOR DISABILITY ACCESS

                                      By:  <u>*/s/Dennis Price*</u>
                                      Dennis Price
                                      Attorney for Plaintiff

Dated: October 1, 2019

                                      By:  <u>*/s/Bruce P. Grego*</u>
                                      Bruce P. Grego
                                      Attorney for Defendants

## SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: October 1, 2019          CENTER FOR DISABILITY ACCESS


                                By:  */s/Dennis Price*
                                Dennis Price
                                Attorney for Plaintiff

# EXHIBIT A
# PROPOSED SCHEDULE OF PRETRIAL & TRIAL DATES

| Matter | Weeks Before Trial | Parties Request |
|---|---|---|
| Last Day for Hearing on Motion to Add Parties and Amend Pleadings **(Monday at 10:00 a.m.)** | 25 | 5/11/2020 |
| Non-Expert Discovery Cut-Off | 15 | 7/20/2020 |
| Expert Discovery Cut-Off | 12 | 8/10/2020 |
| Last Day to Conduct Settlement Proceedings | 10 | 8/24/2020 |
| Last Day for Law and Motion Hearings | 8 | 9/7/2020 |
| Final Pretrial Conference **(Monday at 1:30 p.m.)** | 2 | 10/19/2020 |
| Last Day for Filing Proposed Findings of Facts and Conclusions of Law (if court trial) | 1 | 10/26/2020 |
| Exhibit Conference **(Friday at 3:00 p.m.)** | Friday before Trial | 10/30/2020 |
| Trial **(Tuesday at 9:00 a.m.)** | | 11/3/2020 |