UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br> Plaintiff, <br><br> v. <br><br> **Karim Mehrabi;** <br> **Stars Holding Co. LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No.: 2:19-cv-01147-WBS-CKD <br><br> **ORDER ON REQUEST TO CONTINUE SCHEDULING CONFERENCE** <br><br><br> Complaint Filed: January 7, 2019 <br> Trial Date: N/A |

Having read the request to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to __April 27, 2020__, and the scheduling conference, be continued to __May 11, 2020__ at __1.30 p.m.__. A joint status report shall be fi8led no later than April 27, 2020.

IT IS SO ORDERED.

Dated: January 14, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-