# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br> Plaintiff, <br><br> v. <br><br> **Karim Mehrabi;** <br> **Stars Holding Co. LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No.: 2:19-cv-01147-WBS-CKD <br><br><br><br> **ORDER** |

Having read the request to Continue Scheduling Conference and finding good cause it is hereby ordered that the Scheduling Conference is reset for September 14, 2020 at 1:30 p.m. The Rule 26 joint report shall be filed no later than September 8, 2020.

IT IS SO ORDERED.

Dated: April 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE