UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARIM MEHRABI; STARS HOLDING CO. LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | No. 2:19-cv-1147-WBS-CKD<br><br>ORDER |

----oo0oo----

The court previously referred this case to the court's Voluntary Dispute Resolution Program ("VDRP"). (Docket No. 21.) While the parties scheduled mediation for March 18, 2020, that mediation did not occur due to disruptions caused by COVID-19, and the parties still have not been able to participate in mediation. The parties have jointly requested referral of this case to VDRP for video mediation with their previously assigned mediator, James E. Houpt, with mediation to be completed within

1

120 days.  (Docket No. 32.)  Accordingly, the court orders as follows:

    1.   To avoid the unnecessary expenditure of costs and attorneys' fees, this action is hereby stayed to provide the parties time to complete the VDRP session.  No later than five (5) days after completion of the VDRP session, the parties shall file a joint statement indicating whether a settlement was reached.

    2.   Because of the disruptions caused by COVID-19, the parties may participate in mediation via videoconference.

    3.   The parties shall complete the VDRP session no later than January 4, 2021.  The court hereby resets the Status (Pretrial Scheduling) Conference for February 1, 2021.  If a settlement is not reached through VDRP, the parties shall submit an Amended Joint Status Report no later than January 19, 2021.

    IT IS SO ORDERED.

Dated:  September 2, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2