UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo, Jr., <br>          Plaintiff, <br>   v. <br> Karim Mehrabi; Stars Holding Co. LLC, a California Limited Liability Company; and Does 1-10, <br>          Defendants. | Case No.: 2:19-cv-01147-WBS-CKD <br><br> ORDER MODIFYING SCHEDULING ORDER |

Pursuant to Federal Rule of Civil Procedure Rule 16(b)(4), and for good cause appearing in the Joint Stipulation and Request to Modify Scheduling Order submitted by the parties, the Status (Pretrial Scheduling) Order dated January 29, 2021 is modified as follows:

Expert Rebuttal Report Deadline:  November 8, 2021

Motion Hearing Deadline:  January 24, 2022

Final Pretrial Conference:  March 28, 2022 at 1:30 p.m.

Bench Trial:  June 1, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  September 3, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE