UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RAFAEL ARROYO, JR., | No. 2:19-cv-1147 WBS CKD |
| Plaintiff, | |
| v. | ORDER |
| KARIM MEHRABI; STARS HOLDING CO. LLC, a California Limited Liability Company; AND DOES 1-10, | |
| Defendants. | |

----oo0oo----

Defendants filed objections (Docket No. 44) to the court's order on plaintiff's motion for summary judgment (Docket No. 43.) The court considers defendants' "objections" to be equivalent to a motion for reconsideration pursuant to Local Rule 230(j).

Although plaintiff submitted photographic evidence showing that the placement of the restroom mirror and toilet paper dispenser violated the Americans with Disabilities Act

1

(Docket No. 40-6), defendants did not avail themselves of the opportunity to provide contradicting evidence, if any existed, to demonstrate the existence of a genuine dispute of material fact on that question.

        Defendants' motion (Docket No. 44) is accordingly DENIED.

Dated:  March 3, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE