UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RAFAEL ARROYO, JR., | No. 2:19-cv-1147 WBS CKD |
| Plaintiff, | ORDER |
| v. | |
| KARIM MEHRABI; STARS HOLDING CO., LLC, a California Limited Liability Company; and DOES 1-10, | |
| Defendants. | |

----oo0oo----

Defendants have filed an ex parte request to continue trial based on their discovery of a lawsuit brought by the district attorneys of San Francisco and Los Angeles against plaintiff's counsel's law firm. (Docket No. 55.) The request is opposed by plaintiff. (Docket No. 57.)

The court notes that while defendants state they became aware of the lawsuit on April 27, 2022, they waited until May 12, less than three weeks before the trial date, to file their ex

1

parte request.  The court further notes that the trial date of June 1, 2022 was set on September 7, 2021, when the court adopted the parties' stipulation, and was confirmed in the court's Pretrial Order issued March 30, 2022.  (Docket Nos. 38, 49.)  The court is ready to trial the case now, and there is no guarantee it will be ready to do so six months from now.

Further, the issue of whether plaintiff in fact encountered the alleged barriers in this case, and whether he intended to return, has been in dispute at least since plaintiff filed his motion for summary judgment, if not since the filing of the Complaint in 2019.  (<u>See, e.g.</u>, Docket No. 41-4, 41-5.)  Thus, defendants should have been well aware of any discovery they needed regarding plaintiff's standing in this case, and if necessary, could have requested additional time for discovery months ago.  Defendants are also free to raise any defenses and provide any evidence at trial that they believe would negate any elements of the claims at issue in this case, including whether plaintiff has standing.

For all the above reasons, defendants' ex parte request to continue trial (Docket No. 55) is DENIED.

IT IS SO ORDERED.

Dated:  May 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2