UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br>    Plaintiff, <br><br>  v. <br><br> **Karim Mehrabi**; <br> **Stars Holding Co. LLC**, <br> a California Limited Liability Company; <br> and Does 1-10, <br><br>    Defendants. | Case: 2:19-cv-01147-WBS-CKD <br><br> **ORDER** |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later than **July 18, 2022**, or a joint status report if settlement has not been finalized by that date. A Status Conference Re Settlement is set for **August 1, 2022 at 1:30 p.m**., to be vacated upon the Court's receipt of a stipulated dismissal.

**IT IS SO ORDERED.**

Dated: May 19, 2022

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE